FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 1 2 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MOHAMMED ELSHAMY, | ) | **NOTICE OF VOLUNTARY** |
| Plaintiff(s) | ) | **DISMISSAL PURSUANT TO** |
| v. | ) | **F.R.C.P. 41(a)(1)(A)(i)** |
| | ) | |
| | ) | Case No.: 1:21-CV-04151- v. SCJ-JEM |
| CABLE NEWS NETWORK, | ) | |
| Defendant(s) | ) | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) __Mohammed Elshamy__ and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) __CABLE NEWS NETWORK__.

Date: 06/09/2023

Mohamed Elshamy
_Signature of plaintiffs or plaintiff's counsel_

30-18 43rd St. Apt 9
_Address_

Astoria, NY, 11103
_City, State & Zip Code_

917-715-0298
_Telephone Number_

30-18
43rd St
Apt. 9
City: Astoria, NY, 11103

To: 75 Ted Turner Drive, southwest,
Atlanta, 30303
Northern District of Georgia Atlanta Division
Attn: Clerk of the Court, Suite 2211

PRESS FIRMLY TO SEAL





EI 453 331 795 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( )

30-18
43rd St, Apt. 9
Astoria, New York, 11103

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)

TO: (PLEASE PRINT)   PHONE ( )

Northern District of Georgia, Atlanta Division
Attn: Clerk of the Court, Suite 2211
75 Ted Turner Dr, SW, Atlanta, 30303

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

**PEEL FROM THIS CORNER**

July 2022
12 x 9 1/2

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code: 20170
Scheduled Delivery Date: 06/12/23
Postage: $28.75

Date Accepted: 06/10/23
Scheduled Delivery Time: ☑ 6:00 PM

Time Accepted: 1:39 ☑ PM

Weight: 1 lb 50 oz
Acceptance Employee Initials: HT

Total Postage & Fees: $28.75

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996


